IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE,
MARVIN LORD,
LEONARD RICHEY,

    Plaintiffs,

v.

MIKE BRANCH,
FORD JOHNSON
CINDY JOHNSON,
JACK JOHNSON,
JAMES LAKE a.k.a LES LAKE,
JOHN GRAVES,
JLC TECHNOLOGIES, LLC a.k.a. JLC OS3, L.L.C.

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiffs' Unopposed Motion for Leave to Change the Name of the Party Against Whom the Claim is Asserted with Respect to Jack Johnson" (#44, filed January 30, 2008) is GRANTED. The caption shall be changed to reflect the substitution of Defendant Mark Johnson for Defendant Jack Johnson.

"Plaintiffs' Motion for Leave to File an Amended Complaint" (#45, filed January 30, 2008) is GRANTED. The Clerk shall file the Amended Complaint.

Dated: February 1, 2008