IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE,
MARVIN LORD, and
LEONARD RICHEY,

    Plaintiffs,

v.

MICHAEL BRANCH,
FORD JOHNSON,
CINDY JOHNSON,
MARK JOHNSON,
JAMES LAKE, a.k.a LES LAKE,
JOHN GRAVES, and
JLC TECHNOLOGIES, LLC a.k.a. JLC OS3, L.L.C.,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendants' Motion to Appear by Telephone" (#54, filed February 8, 2008) and Defendants' "Motion for Order to Appear by Phone" (#57, filed February 8, 2008) are GRANTED. Defendants' counsel may appear at the scheduling conference on February 14, 2008 by telephone. Counsel shall arrange a telephone conference call and shall call **(303) 335-2780** at the scheduled time.

Counsel are reminded of their duty to confer pursuant to D.C.COLO.LCivR 7.1A. Failure to confer may result in denial of further motions.

Dated: February 13, 2008