# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-02065-WDM-KMT | FTR |
| **Date:** May 06, 2008 | Debra Brown, Deputy Clerk |
| DELL MELLETTE, et al. | Thomas V. Hoeflinger |

Plaintiff(s),

v.

| | |
|---|---|
| MIKE BRANCH | Michael L. McHugh (Telephone) |
| FORD JOHNSON | Brian Andrew Carpenter |
| CINDY JOHNSON | Bruce M. Flowers (Telephone) |
| JACK JOHNSON | |
| JOHN GRAVES | |
| JLC TECHNOLOGIES, LLC | |
| JAMES LAKE | James K. Kreutz |

Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**Status/Scheduling Conference**

**Court in Session** 9:08 a.m.

Court calls the case. Appearances of counsel.

Discussion regarding the status of the case re: Cause: 18:1964 Racketeering (RICO) Act

**ORDERED:**   [83]   MOTION for Leave to File a Second Amended Complaint by Plaintiffs Dell Mellette, Marvin Lord, Leonard Richey is **DENIED without prejudice** with leave to re-file on or before close of business May 16, 2008. The motion should include the proposed amended complaint as an attachment.

Discussion by the Court and Counsel regarding automatic stay pending ruling on the motions to dismiss.

**ORDERED:**   Pursuant to PSLRA (15.U.S.C. § 78u-4(b)(3)(B)) all discovery is **STAYED** pending ruling on all the motions to Dismiss and/or Supplemented/Amended Motions to Dismiss which may be filed after ruling on the anticipated Motion for Leave to File a Second Amended Complaint.

A Scheduling Conference will be set, if required, subsequent to fulings on the Motions to Dismiss.

Discussion by the Court and Counsel regarding documents [14] MOTION to Dismiss for Lack of Jurisdiction and Brief in Support by Defendants John Graves, Ford Johnson, Cindy Johnson, Jack Johnson and [69] Amended MOTION to Dismiss and Brief in Support by Defendants John Graves, JLC Technologies, LLC, Mark Johnson, Ford Johnson, Cindy Johnson.

**ORDERED:**     [14]     MOTION to Dismiss for Lack of Jurisdiction and Brief in Support by Defendants John Graves, Ford Johnson, Cindy Johnson, Jack Johnson is **DENIED as moot**. The Court notes that the docket reflects the motions was re-filed by [69] Amended MOTION to Dismiss and Brief in Support by Defendants John Graves, JLC Technologies, LLC, Mark Johnson, Ford Johnson, Cindy Johnson.

**Court in recess: 9:23 a.m.**
Total In-Court Time 0:15; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.