IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE, et al.,

    Plaintiffs,

v.

MICHAEL BRANCH, et al.,

    Defendants.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

    This case is before me on the order and recommendation of Magistrate Judge Kathleen M. Tafoya (doc no 91), filed August 6, 2008, that Defendants' various motions to dismiss (doc nos 69, 72, and 76) be denied without prejudice in light of the order granting Plaintiff leave to file a Second Amended Complaint. No party has appealed the order or objected to the recommendation. Because the Second Amended Complaint renders moot the previously-filed motions to dismiss, I agree that they should be denied without prejudice.

    Accordingly, it is ordered:

1.     The Amended Motion to Dismiss (doc no 69) filed by Defendants Ford Johnson, Cindy Johnson, Mark Johnson, John Graves and JLC Technologies, LLC is denied without prejudice as moot.

2.     The Motion to Dismiss (doc no 72) filed by Defendant James Lake a.k.a. Les

Lake is denied without prejudice as moot.

3. The Amended Motion and Brief to Dismiss (doc no 76) filed by Defendant Mike Branch is denied without prejudice as moot.

DATED at Denver, Colorado, on August 26, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge