IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE,
MARVIN LORD, AND
LEONARD RICHEY,

    Plaintiffs

v.

MIKE BRANCH,
FORD JOHNSON,
CINDY JOHNSON,
JAMES LAKE,
JOHN GRAVES,
JLC TECHNOLOGIES, LLC and
MARK JOHNSON,

    Defendants

_____

**ORDER**
_____

My October 9, 2007 directive, as contained in the order of reference to the magistrate judge, to "conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions" is hereby withdrawn.

DATED at Denver, Colorado, on February 10, 2009.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL