IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 07-cv-02065-WDM-KMT

DELL MELLETTE, et al.,

       Plaintiffs,

  v.

MIKE BRANCH, et al.,

       Defendants.

_____

**ORDER FOR STAY DUE TO BANKRUPTCY**
(AS TO CERTAIN DEFENDANTS ONLY)

_____

This matter is before me on the Notice of Bankruptcy (doc. no. 116). Pursuant to 11 U.S.C. § 362, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) this matter is stayed as to defendants Ford Johnson and Cindy Johnson only pending the outcome of the bankruptcy proceedings.

DATED at Denver, Colorado, on April 7, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge