IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE, et al.,

    Plaintiffs,

v.

MICHAEL BRANCH, et al.,

    Defendants.

## NOTICE OF DISMISSAL of BRANCH, LAKE AND GRAVES ONLY

This matter is before me on the Notice of Voluntary Dismissal of Claims Against Defendants Lake, Branch and Graves by Stipulation Per Rule 41(a)(2). Accordingly, the complaint as to defendants James Lake, Michael Branch and John Graves only is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 10, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge