IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-02065-WDM-KMT

DELL MELLETTE, et al.,

    Plaintiffs,

v.

FORD JOHNSON, et al.,

    Defendants.

## ORDER ON MOTION TO DISMISS

Miller, J.

This case is before me on the Plaintiffs' Motion to Dismiss All Claims (Docket No. 151), filed March 21, 2010. Plaintiffs have determined that further litigation would be futile at this point and seek to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2). The only remaining defendants are Ford Johnson, Cindy Johnson, Mark Johnson, and JLC Technologies, LLC ("JLC"), all of whom filed answers to the complaint but have since failed to respond to communications from the Plaintiffs. Mail sent to JLC at the last known address has been returned as undeliverable. See Docket Nos. 146, 147, 149, 150. These defendants are not represented by counsel at this time and failed to appear scheduling conference scheduled for March 16, 2010. In addition, they did not respond to Plaintiffs' Motion to Dismiss within the time period permitted by the local rules of this Court. Under the circumstances, it appears that dismissal on the terms suggested by Plaintiffs is appropriate.

Accordingly, it is ordered:

1. Plaintiffs' Motion to Dismiss All Claims (Docket No. 151) is granted.

2. All remaining claims in this action are dismissed with prejudice. The parties shall pay their own attorneys' fees and costs.

DATED at Denver, Colorado, on April 15, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge